■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL FANA, Appellant. [32 NYS3d 495]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered October 14, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third

degree, and sentencing him, as a second felony offender, to an aggregate term of five years, followed by two years of post-release supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Acosta, J.P., Renwick, Saxe, Richter and Gische, JJ.